**Torobereja THOMAS,**
**Movant/Appellant,**

v.

**STATE of Missouri,**
**Defendant/Respondent.**

**No. ED 85953.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Feb. 14, 2006.

Lisa M. Stroup, St. Louis, MO, for Appellant.

Deborah Daniels, Lisa M. Kennedy—co-counsel, Jefferson City, MO, for Respondent.

1. All rule references are to Mo. R.Crim.

Before ROBERT G. DOWD, JR., P.J., CLIFFORD H. AHRENS, J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Torobereja Thomas (Movant) appeals from a judgment denying his request for post-conviction relief under Rule 29.15[1] following an evidentiary hearing. Movant claims ineffective assistance of trial counsel. We have reviewed the briefs of the parties and the record on appeal and conclude that the motion court did not clearly err in denying Movant's motion for post-conviction relief. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

P.2005, unless otherwise indicated.